753 A.2d 685

IN THE MATTER OF JOHN M. POWER, AN ATTORNEY AT LAW.

June 23, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **JOHN M. POWER** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1992, should be suspended from the practice of law for a period of six months for violating *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation); and good cause appearing;

It is ORDERED that **JOHN M. POWER** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective July 20, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.